```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  ACADIA SENESE (CABN 251287)
    Special Assistant United States Attorney
 5
        450 Golden Gate Avenue, 11th Floor
 6      San Francisco, California 94102
        Telephone:(415) 436-6809
 7      Fax:  (415) 436-7234
        Email: acadia.senese@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 10-0492 VRW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT FROM AUGUST 5, |
| QUINTEN MOODY, | ) | 2010 TO SEPTEMBER 30, 2010 |
| | ) | |
| Defendant. | ) | |

On August 5, 2010, the parties in this case appeared before the Honorable Judge Vaughn Walker for a status on the Indictment. At that time, the parties set a briefing schedule for the defendant to file a motion to suppress. The defendant will file his motion on August 26, 2010. The court will hold a hearing on the motion on September 30, 2010, at 2:00 p.m.. The parties stipulated that time should be excluded from the August 5, 2010, to August 26, 2010, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further stipulated that time should be excluded from August 26, 2010, to September 30, 2010, while the pretrial motion is pending before the court. See 18 U.S.C. § 3161(h)(1)(D).

Stipulation and [Proposed] Order
CR No. 10-0492 VRW                                  1

1  The parties also agreed that the ends of justice served by granting such a continuance
2  outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §
3  3161(h)(7)(A).

5  IT IS SO STIPULATED:

6          MELINDA HAAG
        United States Attorney

9  DATED:   8/5/2010            _____/s/_____
        ACADIA SENESE
10         Special Assistant United States Attorney

12 DATED:   8/17/2010           _____/s/_____
        DANIEL BLANK
13         Attorney for Quinten Moody

16  IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from August 5,
   2010, to September 30, 2010, under 18 U.S.C. § 3161(B)(iv), 18 U.S.C. § 3161(h)(7)(A), and 18
   U.S.C. § 3161(h)(1)(D).

19  IT IS SO ORDERED.

21  DATED: 8/18/2010
22  _____
        THE HONORABLE VAUGHN R. WALKER
        United States District Court Judge

Stipulation and [Proposed] Order
CR No. 10-0492 VRW                     2